# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| QUENTALIN BROWN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-126 |
| | * | |
| v. | * | |
| | * | |
| LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 10.  Petitioner Quentalin Brown ("Brown") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Brown's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and

AO 72A
(Rev. 8/82)

**DENIES** Brown *in forma pauperis* status on appeal.

SO ORDERED, this 21 day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA